IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Thomas M

Printed: 01/06/09

Case Number: 05 B 64211
Judge: Squires, John H
Filed: 12/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2008
Confirmed: April 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 42,165.00 |  |
| Secured: |  | 38,205.27 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,674.20 |
| Trustee Fee: |  | 2,285.53 |
| Other Funds: |  | 0.00 |
| Totals: | 42,165.00 | 42,165.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,674.20 | 1,674.20 |
| 2. | Select Portfolio Servicing | Secured | 23,342.00 | 21,857.71 |
| 3. | Cook County Treasurer | Secured | 891.66 | 297.30 |
| 4. | Cook County Treasurer | Secured | 445.46 | 148.50 |
| 5. | Cook County Treasurer | Secured | 2,603.32 | 867.80 |
| 6. | Select Portfolio Servicing | Secured | 15,659.30 | 15,033.96 |
| 7. | Consumer Finance Corporation | Unsecured | 15,040.97 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 842.98 | 0.00 |
| 9. | Cook County Treasurer | Unsecured | 261.23 | 0.00 |
| 10. | Providian National Bank | Unsecured |  | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 12. | Royal Legacy Visa | Unsecured |  | No Claim Filed |
| 13. | A T & T Wireless PCS Inc | Unsecured |  | No Claim Filed |
| 14. | Constance Grant | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 60,761.12 | $ 39,879.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 238.31 |
| 5% | 245.25 |
| 4.8% | 484.79 |
| 5.4% | 822.01 |
| 6.5% | 439.40 |
| 6.6% | 55.77 |
|  | $ 2,285.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johnson, Thomas M

Printed: 01/06/09

Case Number:  05 B 64211
Judge:  Squires, John H
Filed:  12/28/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

